# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| CHRISTIAN MURILLO QUIRINO, RICARDO HERNANDEZ QUINTERO, OSVALDO RUVACALBA HAROS, and JOSE RODRIGUEZ GARCIA,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANCISCO SAUCEDO, and THE PINE STRAW MAN, LLC,<br><br>    Defendants. | CV 217-153 |

### ORDER

Plaintiffs and Defendants have notified the Court that they have stipulated to the dismissal with prejudice of all claims asserted in this action. Dkt. No. 8. The parties' settlement having been approved by the Court, and the stipulation of dismissal complying with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that Plaintiffs' claims are in all respects dismissed with prejudice. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 19 day of March, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)